**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6143

JIMMY DEAN RIOS,

            Plaintiff – Appellant,

      v.

PASQUOTANK MEDICAL STAFF; ELIZABETH ALBISTON; JOHN H. CONNELL,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:11-ct-03112-BO)

Submitted:  June 27, 2014              Decided:  July 28, 2014

Before SHEDD and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jimmy Dean Rios, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Dean Rios appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012) and denying various preliminary motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rios v. Pasquotank Med. Staff, No. 5:11-ct-03112-BO (E.D.N.C. Apr. 25, 2012; Dec. 30, 2013; Jan. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED